In the Matter of ALFRED L. ROSE et al., Respondents. WILLIAMS AUCTION SALES CORP., Appellant.

Submitted June 11, 1946; decided June 11, 1948.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 978.]